**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KONINKLIJKE PHILIPS N.V. and PHILIPS
LIGHTING NORTH AMERICA
CORPORATION,

                Plaintiffs,

        v.

AMERLUX, LLC and
AMERLUX EXTERIOR, LLC,

                Defendants.

Civil Action No. 1:15-cv-13086-LTS

## ANSWER TO DEFENDANTS' COUNTERCLAIMS

      Plaintiffs Koninklijke Philips N.V. ("KPNV") and Philips Lighting North America

Corporation ("PLNA") (collectively, "Philips") answer the Counterclaims filed on October 26,

2015, by Defendants Amerlux, LLC and Amerlux, Exterior, LLC (collectively, "Amerlux").

## THE PARTIES

      1.     Philips lacks sufficient information to admit or deny the allegations in this

paragraph.

      2.     Philips lacks sufficient information to admit or deny the allegations in this

paragraph.

      3.     Philips admits the allegations in this paragraph.

      4.     Philips admits the allegations in this paragraph.

## JURISDICTION AND VENUE

      5.     Philips admits the allegations in this paragraph.

      6.     Philips does not contest that this Court has jurisdiction over it.

      7.     Philips does not contest that venue in this district is proper.

8.     Philips admits that an actual and justiciable controversy exists between Amerlux and Philips regarding Amerlux's infringement of the patents-in-suit.  Philips further admits that Amerlux's allegations in the counterclaims give rise to a controversy regarding the validity of the patents-in-suit.

## COUNT I
### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,094,014)

9.     Philips incorporates by reference herein its responses in paragraphs 1-8.

10.     Philips admits the allegations in this paragraph.

11.     Philips admits the allegations in this paragraph.

12.     Philips admits the allegations in this paragraph.

13.     Philips denies the allegations in this paragraph.

14.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT II
### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,250,774)

15.     Philips incorporates by reference herein its responses in paragraphs 1-14.

16.     Philips admits the allegations in this paragraph.

17.     Philips admits the allegations in this paragraph.

18.     Philips admits the allegations in this paragraph.

19.     Philips denies the allegations in this paragraph.

20.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

**COUNT III**
**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,577,512)**

21.     Philips incorporates by reference herein its responses in paragraphs 1-20.

22.     Philips admits the allegations in this paragraph.

23.     Philips admits the allegations in this paragraph.

24.     Philips admits the allegations in this paragraph.

25.     Philips denies the allegations in this paragraph.

26.     Philips denies that Amerlux is entitled to any of the relief requested in this

paragraph.


**COUNT IV**
**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,038,399)**

27.     Philips incorporates by reference herein its responses in paragraphs 1-26.

28.     Philips admits the allegations in this paragraph.

29.     Philips admits the allegations in this paragraph.

30.     Philips admits the allegations in this paragraph.

31.     Philips denies the allegations in this paragraph.

32.     Philips denies that Amerlux is entitled to any of the relief requested in this

paragraph.


**COUNT V**
**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,262,559)**

33.     Philips incorporates by reference herein its responses in paragraphs 1-32.

34.     Philips admits the allegations in this paragraph.

35.     Philips admits the allegations in this paragraph.

36.     Philips admits the allegations in this paragraph.

37.     Philips denies the allegations in this paragraph.

38.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT VI
## (Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,220,958)

39.     Philips incorporates by reference herein its responses in paragraphs 1-38.

40.     Philips admits the allegations in this paragraph.

41.     Philips admits the allegations in this paragraph.

42.     Philips admits the allegations in this paragraph.

43.     Philips denies the allegations in this paragraph.

44.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT VII
## (Declaratory Judgment of Invalidity of U.S. Patent No. 6,094,014)

45.     Philips incorporates by reference herein its responses in paragraphs 1-44.

46.     Philips admits the allegations in this paragraph.

47.     Philips admits the allegations in this paragraph.

48.     Philips denies the allegations in this paragraph.

49.     Philips denies the allegations in this paragraph.

50.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

51.     Philips denies the allegations in this paragraph and further denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT VIII
### (Declaratory judgment of Invalidity of U.S. Patent No. 6,250,774)

52.     Philips incorporates by reference herein its responses in paragraphs 1-51.

53.     Philips admits the allegations in this paragraph.

54.     Philips admits the allegations in this paragraph.

55.     Philips denies the allegations in this paragraph.

56.     Philips denies the allegations in this paragraph.

57.     Philips denies that Amerlux is entitled to any of the relief requested in this

paragraph.

58.     Philips denies the allegations in this paragraph and further denies that Amerlux is

entitled to any of the relief requested in this paragraph.

## COUNT IX
### (Declaratory judgment of Invalidity of U.S. Patent No. 6,577,512)

59.     Philips incorporates by reference herein its responses in paragraphs 1-58.

60.     Philips admits the allegations in this paragraph.

61.     Philips admits the allegations in this paragraph.

62.     Philips denies the allegations in this paragraph.

63.     Philips denies the allegations in this paragraph.

64.     Philips denies that Amerlux is entitled to any of the relief requested in this

paragraph.

65.     Philips denies the allegations in this paragraph and further denies that Amerlux is

entitled to any of the relief requested in this paragraph.

## COUNT X
### (Declaratory judgment of Invalidity of U.S. Patent No. 7,038,399)

66.     Philips incorporates by reference herein its responses in paragraphs 1-65.

67.     Philips admits the allegations in this paragraph.

68.     Philips admits the allegations in this paragraph.

69.     Philips denies the allegations in this paragraph.

70.     Philips denies the allegations in this paragraph.

71.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

72.     Philips denies the allegations in this paragraph and further denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT XI
### (Declaratory judgment of Invalidity of U.S. Patent No. 7,262,559)

73.     Philips incorporates by reference herein its responses in paragraphs 1-72.

74.     Philips admits the allegations in this paragraph.

75.     Philips admits the allegations in this paragraph.

76.     Philips denies the allegations in this paragraph.

77.     Philips denies the allegations in this paragraph.

78.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

79.     Philips denies the allegations in this paragraph and further denies that Amerlux is entitled to any of the relief requested in this paragraph.

## COUNT XII
## (Declaratory judgment of Invalidity of U.S. Patent No. 8,220,958)

80.     Philips incorporates by reference herein its responses in paragraphs 1-79.

81.     Philips admits the allegations in this paragraph.

82.     Philips admits the allegations in this paragraph.

83.     Philips denies the allegations in this paragraph.

84.     Philips denies the allegations in this paragraph.

85.     Philips denies that Amerlux is entitled to any of the relief requested in this paragraph.

86.     Philips denies the allegations in this paragraph and further denies that Amerlux is entitled to any of the relief requested in this paragraph.

## JURY DEMAND

This paragraph presents no allegation to which a response is required. To the extent this paragraph presents any allegations to which Philips must respond, Philips denies such allegations.

## PRAYER FOR RELIEF

Philips denies that Amerlux is entitled to any of the relief requested in its Prayer for Relief.

Dated: November 16, 2015                          Respectfully submitted,


                                                  /s/ Denise W. DeFranco
                                                  Denise W. DeFranco (BBO No. 558859)
                                                  denise.defranco@finnegan.com
                                                  FINNEGAN, HENDERSON, FARABOW,
                                                    GARRETT & DUNNER, LLP
                                                  Two Seaport Lane
                                                  Boston, MA 02210-2001
                                                  Telephone: (617) 646-1600
                                                  Facsimile: (617) 646-1666

                                                  C. Brandon Rash (*pro hac vice* pending)
                                                  brandon.rash@finnegan.com
                                                  Cara Regan Lasswell (*pro hac* vice pending)
                                                  cara.lasswell@finnegan.com
                                                  FINNEGAN, HENDERSON, FARABOW,
                                                    GARRETT & DUNNER, LLP
                                                  901 New York Avenue, NW
                                                  Washington, DC 20001
                                                  Telephone: (202) 408-4000
                                                  Facsimile: (202) 408-4400

                                                  Attorneys for Plaintiffs
                                                  Koninklijke Philips N.V. and
                                                  Philips Lighting North America Corporation

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the NEF (NEF) and paper copies will

be sent to those indicated as non-registered participants on November 16, 2015.

Respectfully submitted,

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorney for Plaintiffs
Koninklijke Philips N.V. and
Philips Lighting North America Corporation