# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>PHILIPS LIGHTING NORTH AMERICA<br>CORPORATION,<br><br>*Plaintiff*s,<br><br>v.<br><br>AMERLUX, LLC and<br>AMERLUX EXTERIOR, LLC,<br><br>*Defendants*. | Civil Action No. 1:15-cv-13086-LTS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Amerlux, LLC and Amerlux Exterior, LLC ("Amerlux") respectfully notify the Court of a recent Order by Judge Denise J. Casper in the case of *Koninklijke Philips N.V. v. Wangs Alliance Corporation d/b/a WAC Lighting Co.*, No. 1:14-cv-12298-DJC (D. Mass. Jan. 19, 2016, Dkt. No. 156).  This Order resolves a Motion to Stay filed by Defendant Wangs Alliance Corporation.  That motion was referenced by the parties in this matter in connection with Amerlux's Motion to Stay this matter pending resolution of Inter Partes Review proceedings (See Dkt. Nos. 34, 37, and 40).  A copy of the docket entry from the *Philips v. Wangs Alliance Corporation* matter is attached as Exhibit A.

-2-

Respectfully submitted,

AMERLUX, LLC and
AMERLUX EXTERIOR, LLC,

By their attorneys,

/s/ Jonathan I. Handler
Jonathan I. Handler (BBO #561475)
jihandler@daypitney.com
DAY PITNEY LLP
One International Place
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

Anthony J. Marchetta (*pro hac vice*)
amarchetta@daypitney.com
Richard H. Brown (*pro hac vice*)
rbrown@daypitney.com
DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
Telephone: (973) 966-6300
Facsimile: (973) 206-1015

Dated: January 21, 2016

.

-3-

## CERTIFICATE OF SERVICE

      I, Richard H. Brown, hereby certify that on this 21st day of January 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                                       /s/ Richard H. Brown
                                       Richard H. Brown